UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ROSCOE L. CRAIG,                    )
                                    )
      Petitioner,              )
                                    )
    v.                            )  Civil Action No. 07-2328 (PLF)
                                    )
GEORGE SNYDER,                      )
                                    )
      Respondent.              )
_____)


ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that this case is DISMISSED for lack of jurisdiction   This is a final appealable Order.  See Rule 4(a), Fed. R. App. P.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: March 11, 2008                United States District Judge